# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FERNANDO X. GARCIA

         PLAINTIFF(S),

v.

BANC OF CALIFORNIA, INC., et al.

         DEFENDANT(S).

CASE NUMBER:

2:17−cv−00540

**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**

To: All Counsel Appearing of Record

__ Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 16-05 this case is hereby transferred to the __ Division for all further proceedings.

X Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  _Southern_  Division.

 This case has been reassigned to case number  _8:17−cv−00118−CJC (DFMx)_  and has been assigned to  _Judge Cormac J. Carney_  for all further proceedings.

 Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  _Magistrate Judge Douglas F. McCormick_  for:

  X any discovery and/or post-judgment matters that may be referred.

  __ for all proceedings in accordance with General Order 05-07.

 All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _8:17−cv−00118−CJC (DFMx)_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

 **Please be advised that no further filings may be made under case number  _2:17−cv−00540_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

              Clerk, U.S. District Court

              By:  _/s/ Estrella Tamayo_
                Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

G−73 (10/16)  NOTICE OF INTRA−DISTRICT TRANSFER BY CLERK OF COURT